IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

COLONIAL PLAZA LLC,                    )
                                       )
          Plaintiff,                   )    TC-MD 110471D
                                       )
     v.                                )
                                       )
WASHINGTON COUNTY ASSESSOR,            )
                                       )
          Defendant.                   )    **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss for lack of prosecution.

On April 19, 2011, Plaintiff filed a Complaint. This case was placed in abeyance by order of the court filed June 22, 2011, pending resolution of case TC-MD 100396B. That case was resolved and closed on September 13, 2011. The court contacted Plaintiff's counsel by telephone on September 16, 2011, to request Plaintiff submit a written response as to further proceedings in this case in light of the resolution of TC-MD 100396B. Plaintiff's counsel advised the court that he would submit a response to the court and Defendant by the following week. As of the date of this Decision, Plaintiff has not responded to the court's request. As a result, the court concludes the appeal should be dismissed. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of January 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on January 10, 2012. The Court filed and entered this document on January 10, 2012.*